## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-8319-RMM

**UNITED STATES OF AMERICA**

v.

**JOSEPH PYRZYK,**

**Defendant.**

_____/

FILED BY ____SP____ D.C.

Jul 5, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? NO

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? NO

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Katie Sadlo*
KATIE SADLO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 1026417
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1043
Fax: (561) 805-9846
Katie.Sadlo@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| JOSEPH PYRZYK, | ) Case No. |
|  | ) 24-mj-8319-RMM |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

FILED BY ___SP___ D.C.
**Jul 5, 2024**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 9, 2023** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, United States Code, Section 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Finnamore, Special Agent, ATF
*Printed name and title*

Sworn and attested to me by applicant by telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1

Date: 7/5/24

_____
*Judge's signature*

City and state: West Palm Beach, FL

Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Mark Finnamore, first being duly sworn, do hereby depose and state as follows:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) United States Department of Justice (DOJ) and have been employed as such since May of 2017. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1)(e) and Title 21, United States Code.

2. This affidavit is submitted in support of a criminal complaint charging Joseph PYRZYK (hereinafter referred to as PYRZYK) with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1). The information contained in this affidavit is based on my own personal knowledge as well as information imparted to me from other law enforcement officers and agents. This affidavit is submitted for the limited purpose of establishing probable cause. It does not purport to describe everything known to your affiant concerning the investigation.

3. Your affiant has been employed as a Special Agent with ATF for approximately 7 years. Prior to my employment as a Special Agent with ATF, I attended the Federal Law Enforcement Training Center for the Criminal Investigator Training Program as well as Special Agent Basic Training with ATF, where I received extensive training in arson, explosives, and firearms related investigations. In my capacity as an ATF Special Agent, I have received specialized training and experience in the investigation of federal firearms and narcotics offenses. Additionally, I have received specialized training in Firearm Interstate Nexus testimony from ATF.

## BACKGROUND OF INVESTIGATION

4. In or about April of 2022, PYRZYK was convicted in the Southern District of Florida of being a prohibited person in possession of a firearm (Convicted Felon), in violation of Title 18, United States Code, Section 922(g)(1) (Case Number: 21-80180-CR-MIDDLEBROOKS/MATTHEWMAN). At the time of this conviction, PYRZYK admitted he knew he was a convicted felon.

5. In or about June of 2022, PYRZYK was sentenced to twenty-four months imprisonment and ordered to surrender for service of his sentence on August 29, 2022. PYRZYK was ordered to surrender at the institution designated by the Bureau of Prisons or to the United States Marshal in Los Angeles, California if an institution was not designated. PYRZYK did not self-surrender to either the Bureau of Prisons or the United States Marshal in California on that date or any date thereafter. In or about September of 2022, PYRZYK ceased contact with authorities and a warrant was issued for his arrest by the United States District Court for the Southern District of Florida.

6. In or about November of 2022, ATF in conjunction with the United States Marshals Service (USMS) received a tip from the Palm Beach County Sheriff's Office (PBSO) that an individual consistent with PYRZYK's description was in the Palm Beach County area, which is within the Southern District of Florida.[1] Law enforcement agents, including the affiant, successfully located PYRZYK in Riviera Beach, Florida driving a vehicle registered to PYRZYK. Agents attempted to apprehend PYRZYK as he parked at a gas station while wearing law enforcement markings and engaging their police emergency equipment on their vehicles. Upon

---

[1] PBSO received the tip from a known reliable confidential informant.

sight of the agents, Pyrzyk fled the parking lot of the gas station in his vehicle at a recklessly high speed. Agents did not pursue PYRZYK.

7. During the last week of November, agents were again notified by PBSO that an individual consistent with PYRZYK's description was in the area of Riviera Beach, Florida allegedly selling narcotics.[2] PYRZYK was now driving a Blue in color Chevy Malibu rental vehicle bearing Florida Tag # EWAT29. This vehicle was rented at the time from Enterprise rental vehicles by Erin BLYE, PYRZYK's wife. Agents, including the affiant, subsequently located PYRZYK and conducted surveillance of PYRZYK, witnessing him drive the Blue Chevy Malibu rental for approximately four hours.

8. Agents submitted the tag associated with the Blue Chevy Malibu into the local license plate reader system. The agents immediately began receiving notifications that the tag associated with the Blue Chevy Malibu was hitting on local license plate readers. The hits were consistently located at the intersection of State Road 7 and Okeechobee Boulevard at all hours of the day. It should be noted this is the southern point of entry into the Loxahatchee area of Palm Beach County.

## PROBABLE CAUSE

### Arrest of Pyrzyk

9. On or about January 9, 2023, ATF agents, including the affiant, USMS deputies and Federal Task Force Officers successfully located PYRZYK at 13573 59th Court North, West Palm Beach, Florida 33411. Upon approaching the residence, PYRZYK was standing in the driveway of the residence leaning against the garage door of the structure. SA Finnamore, being

---

[2] PBSO received this tip from the same known reliable confidential informant referenced in footnote 1.

one of the first agents on scene, was able to positively identify PYRZYK as the subject standing in the driveway of the residence. Law enforcement subsequently moved in on the residence to apprehend PYRZYK pursuant to the arrest warrant.

10. The USMS led the arrest portion of the operation, with SA Finnamore clearing the vehicles in the driveway as deputies approached. In the driveway of the residence, within direct proximity of PYRZYK, was a Blue Chevy Malibu bearing Florida Tag # EWAT29 and VIN #1G1ZD5STXMF065529. This was the same Blue Chevy Malibu that law enforcement witnessed PYRZYK driving in November of 2022, that was rented by PYRZYK's wife. As law enforcement was making the arrest of PYRZYK, agents had to pass within direct proximity of the Blue Chevy Malibu. While the USMS was arresting PYRZYK, SA Finnamore tactically cleared the vehicles in the driveway of the residence to ensure there was not anyone hiding in the vehicles that could harm law enforcement.

11. As SA Finnamore cleared the Blue Chevy Malibu, which had no window tint on the vehicle, SA Finnamore immediately recognized what SA Finnamore knows from both training and experience to be marijuana on the center console of the vehicle. At this time, SA Finnamore attempted to retrieve the marijuana from the vehicle. Upon opening the drivers' door of the vehicle, SA Finnamore immediately recognized a Tan Glock semi-automatic pistol concealed beneath the drivers' seat of the vehicle. The firearm was pointed towards the passenger side of the vehicle with the magazine of the firearm protruding from beneath the seat. It should be noted that if you were to look through the windshield of the vehicle at the location where the firearm was located, the firearm would be visible and identifiable. At this point, SA Finnamore left all evidence in place, closed the door of the vehicle, sealed the vehicle with evidence tape, and called for a tow

truck to tow the vehicle to the PBSO impound lot. The sealed vehicle was subsequently towed under law enforcement escort to the impound lot.

12. PYRZYK was taken into custody that day without incident by the USMS. PYRZYK denied ownership of the Blue Chevy Malibu.

## Jail Calls[3]

13. On January 9, 2023, at 7:37 PM, Joseph PYRZYK utilizing the Palm Beach County Jail phone system placed a phone call to a phone number belonging to PYRZYK's wife. PYRZYK identifies himself on the call which is audio recorded. During this call, PYRZYK is talking with his wife about law enforcement's statements during his arrest. PYRZYK's wife states that law enforcement told her that PYRZYK may be charged with "Bond Jumping". PYRZYK responded to his wife "Man tell that crack kiss my ass, I'll jump bond twice, I don't pay taxes for free." A few minutes later PYRZYK is talking with an unknown male who states "You probable got first appearance tomorrow morning". PYRZYK responds "First appearance, what you hollering about jit, I already been sentenced. I was bucking them crackas". Your affiant knows from training and experience "bucking" refers to running from or fleeing from.

14. On January 9, 2023, at 8:08 PM PYRZYK placed a phone call to his mother, Mindy PYRZYK. During this telephone call, which was audio recorded, at the 3 minute and 21 second mark the following is said: PYRZYK states "So they didn't, I don't have any pending charges. But, they did uh, apparently, according to Erin, they found Erin's gun. But, it's under her name so they just have to show the paperwork and she's fine. They gave it back

---

[3] Agents, including the affiant, reviewed the audio recordings of calls made by PYRZYK utilizing the Palm Beach County Jail phone system. The below described synopsis of the jail calls is based on the agents review of the calls. The actual recordings were inadvertently not preserved.

[Unintelligible]." Mindy PYRZYK states "Yeah, alright". At approximately 3 minutes and 35 seconds into the call Joseph PYRZYK states "They were like oh we're [Unintelligible] another gun. I'm like what gun you talking about bro, there's no gun anywhere around me. And they were like this one right here and then Erin's like that's my gun, that's registered to me and he has no idea about it. Which I didn't so. They just they were like as long as you prove it [Unintelligible] paperwork tomorrow for the lawyer". Mindy PYRZYK responds "Yeah." Joseph PYRZYK responds " She'll get her gun back." Mindy PYRZYK says " She has paperwork for it?" Joseph PYRZYK follows up with " Yeah, hell yeah, of cour. Mom come on now." These statements show that while PYRZYK denies ownership of the firearm in question, he does have knowledge about the firearm that was found within the vehicle by acknowledging he knows that his wife owns that firearm. It should be noted that a trace of the firearm recovered from the vehicle shows the firearm was not originally purchased by Erin BLYE, PYRZYK's wife.

15. The final relevant phone call occurs at 8:36PM on January 9, 2023, and is a second phone call placed to PYRZYK's wife. This call is extensive but the following is an excerpt from the phone call at approximately 11 minutes and 23 seconds into the call:

JP: "You know they, they fucking they said that they was trying to follow me bro but I was driving too high rate of speed every time that I got on the I that they couldn't follow me. That's why they just, I think bro when I [Unintelligible] picked up the other jack bro that's when they started fucking with me again, cause they peeped I was back in town".

16. Based on these phone communications, it is apparent that PYRZYK knew that he was wanted by law enforcement and was taking active measures to evade capture to include recklessly fleeing from law enforcement at high speeds.

## Vehicle Search Warrant

17. On or about January 13, 2023, SA Finnamore obtained a search warrant for PYRZYK's Blue Chevy Malibu. During the execution of the search warrant on the vehicle, agents discovered the following:

- One Tan/Black Glock Model 17 9mm pistol bearing serial number UVL321 ("Glock 17") which contained a loaded magazine containing nine (9) Federal 9mm luger rounds and three (3) Winchester 9mm luger rounds and a round of Winchester 9mm luger ammunition in the chamber;
- A vacuum sealed bag which had been cut open, which was recovered from inside a United States Postal Service box found in the back seat of the vehicle; and
- A partially burnt "joint" of marijuana found on the center console of the vehicle which field tested positive for the presence of marijuana.

18. PBSO provided a Crime Scene Investigator (CSI) to assist with the execution of the search warrant. The CSI took photos of all evidence and swabbed various parts of the vehicle and items found in the vehicle for DNA. As relevant to this affidavit, the CSI swabbed the following for DNA:

- Glock Model 17 9mm pistol trigger/trigger guard
- Glock Model 17 9mm pistol grips
- Glock Model 17 9mm pistol body/frame to include slide, sights and safety
- Glock Model 17 9mm pistol inside of the barrel
- Glock Model 17 9mm pistol magazine

19. The CSI placed all evidence and photographs into PBSO custody pending further investigation.

20. SA Finnamore subsequently authored and was granted a Federal DNA search warrant for PYRZYK's DNA to compare to the firearm found in the vehicle. On January 20, 2023, SA Finnamore executed the DNA warrant for PYRZYK's DNA at the Palm Beach County Jail (PBCJ) located at 3228 Gun Club Road, West Palm Beach, FL 33406. The DNA obtained from PYRZYK was submitted to DNA Labs International in conjunction with the DNA swabs taken from the Glock Model 17 9mm pistol. On or about March 30, 2023, SA Finnamore received the DNA report from DNA Labs International stating the following;

- 23-01494.01 Swabs from trigger/trigger guard
    - The DNA profile obtained from this item indicates a mixture of at least two individuals with at least one male contributor. Joseph Pyrzyk could not be ruled out as a possible contributor to this mixed DNA profile.
    - The DNA profile obtained from this item is approximately 95 quadrillion times more probable if the sample originated from Joseph Pyrzyk and one unknown person than if it originated from two unknown persons. This analysis provides very strong support for the proposition that Joseph Pyrzyk is a contributor to the DNA profile obtained from the sample.
- 23-01494.02 Swabs from grips, 23-01494.03 Swabs from body/frame (includes slide, sights and safety), 23-01494.04 Swabs from inside of barrel[4]
    - The DNA profile obtained from this sample indicates a mixture of at least two individuals with at least one male contributor. Joseph Pyrzyk could not be ruled out as a possible contributor to this mixed DNA profile.

---

[4] These three swabs were combined into a single sample for DNA analysis.

- - The DNA profile obtained from this sample is approximately 56 quadrillion times more probable if the sample originated from Joseph Pyrzyk and one unknown person than if it originated from two unknown persons. This analysis provides very strong support for the proposition that Joseph Pyrzyk is a contributor to the DNA profile obtained from the sample.
- 23-01494.05 Swabs from tan magazine
  - The DNA profile obtained from this item indicates a mixture of at least two individuals with at least one male contributor. Joseph Pyrzyk could not be ruled out as a possible contributor to this mixed DNA profile.
  - The DNA profile obtained from this item is approximately 200 quadrillion times more probable if the sample originated from Joseph Pyrzyk and one unknown person than if it originated from two unknown persons. This analysis provides very strong support for the proposition that Joseph Pyrzyk is a contributor to the DNA profile obtained from the sample.

21. PYRZYK has been adjudicated guilty of multiple felonies in the State of Florida and United States of America prior to January 9, 2023, with the most recent felony conviction being the federal felon in possession conviction identified in paragraph four, above.

22. A records check conducted with the State of Florida, Office of Executive Clemency indicated that there is no record of restoration of civil rights; specific authority to own, possess or use firearms; or pardon of any kind, having been granted by the Governor and Cabinet of the State of Florida for Joseph PYRZYK.

23. Based on your affiant's training and experience as an ATF interstate commerce nexus expert, your affiant is aware that the Glock Model 17 9mm semi-automatic pistol was not manufactured in the State of Florida; thus, by its subsequent presence and recovery in Florida, such item necessarily traveled in and affected interstate and/or foreign commerce.

24. WHEREFORE, on the basis of the foregoing, your affiant respectfully submits that probable cause exists to charge Joseph PYRZYK with being a Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAITH NAUGHT.

MARK FINNAMORE
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

Sworn and Attested to by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 5 day of July, 2024.

RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSEPH PYRZYK

**Case No:** _____

Count #:

Possession of a Firearm by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.